JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DAHLE, | Case No. CV11-05554-R(DTBx) |
| Plaintiff, | ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION |
| vs. | |
| MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT, INC.; LEGAL RECOVERY LAW OFFICES, INC.; et al. | |
| Defendants. | |

Pursuant to the stipulation of the plaintiff and defendants MIDLAND FUNDING LLC and MIDLAND CREDIT MANAGEMENT, INC.;

IT IS ORDERED THAT the entire action is DISMISSED with prejudice. Neither party may seek fees or costs against the other in this action.

DATED: _January 13, 2012_

_____
MANUEL L. REAL
U. S. DISTRICT JUDGE